UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:08-cr-175 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| JEREMY E. LEWIS, | : | |
| | : | |
| Defendant. | : | |

---

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 353); DENYING DEFENDANT'S RECOMMITTAL ORDER REQUEST AND HIS MOTION FOR AN INDICATIVE RULING (DOC. 353); ADOPTING REPORT AND RECOMMENDATIONS (DOC. 352); AND, DEFERRING RULING ON DEFENDANT'S "RULE 60(b)(6) MOTION TO VACATE RULE 11 SANCTION ORDER UNDER THE 'MISCARRIAGE OF JUSTICE' EXCEPTION" (DOC. 351)**

---

This action is before the Court on the Objections (Doc. 353) filed by Defendant Jeremy E. Lewis ("Defendant") to the Report and Recommendations (Doc. 352) ("Report"). On December 16, 2019, Defendant filed a "Rule 60(b)(6) Motion to Vacate Rule 11 Sanction Order Under the 'Miscarriage of Justice' Exception" (Doc. 351) (the "Motion to Vacate Sanction Order"). In the Report, Magistrate Judge Michael R. Merz considered the Motion to Vacate Sanction Order in light of the Sixth Circuit's Order filed on April 23, 2019 (Doc. 349). (Doc. 352.) In his Report, Magistrate Judge Merz recommended that, pursuant to Fed. R. Civ. P. 62.1, this Court defer ruling on the Motion to Vacate Sanction Order pending a decision by the Sixth Circuit on Defendant's pending appeals. (Doc. 352.) In his Objections, Defendant included (1) a "Recommital [sic] order Request" for this Court to recommit the Motion to Vacate Sanction Order to Magistrate

1

Judge Merz for adjudication on the merits; and (2) a "Motion for an Indicative Ruling" so that he "can move in the Court of Appeals to Remand the case to this Court." (Doc. 353 at PAGEID # 2224-26 (citing Fed. R. App. P. 12.1(b)).) This Court agrees with Magistrate Judge Merz's recommendation.

Based on the reasoning and citations of authority set forth by Magistrate Judge Merz in the Report, as well as a *de novo* review of the record in this case, the Court **ADOPTS** the Report (Doc. 352) in its entirety. Upon said review, the Court finds that Defendant's Objections (Doc. 353) are not well-taken and they are hereby **OVERRULED**. The Court also **DENIES** Defendant's request for it to recommit the Motion to Vacate Sanction Order to Magistrate Judge Merz for adjudication on the merits at this time, and Defendant's "Motion for an Indicative Ruling" (Doc. 353). The Court defers ruling on Defendant's "Rule 60(b)(6) Motion to Vacate Rule 11 Sanction Order Under the 'Miscarriage of Justice' Exception" (Doc. 351) pending a decision by the Sixth Circuit on Lewis's pending appeals.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, January 28, 2020.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE